**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Barry Scott TOLBERT, Defendant–
Appellant.**

No. 07–50463.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 8, 2010.

Michael J. Raphael, Esquire, Timothy James Searight, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Verna Jean Wefald, Esquire, Attorney at Law, Pasadena, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

MEMORANDUM **

Barry Scott Tolbert appeals from his guilty-plea conviction and 240–month mandatory minimum sentence for conspiracy, possession with intent to distribute and distribution of cocaine, cocaine base, and methamphetamine, and aiding and abetting, in violation of 21 U.S.C. §§ 841(a)(1), 846 and 18 U.S.C. § 2. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Tolbert's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**